**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Charles Douglas Blewett
      Plaintiff,

    -vs-

AT&T Services, Inc.,
      Defendant

Civil Action No. _13-5546 (ym)_

COMPLAINT

## PARTIES

Charles Douglas Blewett
15 Niles Avenue
Madison, New Jersey 07940
Cell:  973-972-6112

AT&T Services, Inc.
180 Park Avenue
Florham Park, New Jersey 07932
Phone:  973-236-6256

13-5546 (wym)

RECEIVED
SEP 1 8 2013
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## JURISDICTION

This action is brought pursuant to the Age Discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act of 1964 (as amended).  I have a Right to Sue Letter from the U.S. Equal Employment Opportunity Commission (EEOC) Newark Area Office dated July 9, 2013.  EEOC Charge Number: 524-2013-00212.

## CAUSE OF ACTION

Age discrimination by my employer and retaliation by my employer for making a claim of age discrimination.

On or about February 6, 2012, I was informed by my supervisor that I was "old and in poor health" and I would be surplused.  Later that reason was revised to say that my work in Research did not align with company objectives.

1

Blewett vs. AT&T

On or about April 27, 2012, I was surplused from AT&T Labs. I was one of 21 people who were surplused. All of those surplused were age 40 or older. A statistical analysis of data provided by AT&T to C.D. Blewett shows that the probability of 21 surplused employees all being age 40 and over from a pool of 59 people under age 40 and 194 people age 40 and older is 0.0029 – clearly showing that the 21 surplused people were deliberately chosen by AT&T because they were age 40 or older. AT&T is proven statistically to have engaged in age discrimination

I was able to secure another job with AT&T outside of AT&T Labs for considerably less income than I was previously earning.

On or about July 9, 2012, I was denied a job at AT&T Labs due to making a claim of age discrimination regarding the April 2012 surplus event.

The following exhibits from my EEOC file and charge are attached:

_Exhibit 1:_ U.S. Equal Employment Opportunity Commission Dismissal and Notice of Rights – EEOC Form 161 (11/09)

- o  Sent to C. Douglas Blewett, EEOC Charge Number: 524-2013-00212
- o  Sent from Amparo Soto, Acting Director of the U.S. EEOC Newark Area Office
    - ▪  Newark Area Office address is: 1 Newark Center, 21st Floor, Newark, NJ 07102
- o  Dated as mailed by the EEOC Newark Area Office on July 9, 2013
- o  Received by C.D. Blewett on July 11, 2013


_Exhibit 2:_ C. Douglas Blewett's Equal Employment Opportunity Commission Intake Questionnaire and supporting documents

- o  Dated as received by the U.S. EEOC Newark Area Office on September 5, 2012
- o  The supporting documents include:
    - ▪  A letter to the EEOC stating that C.D. Blewett wishes to _"file a charge against AT&T for age discrimination and retaliation"_
    - ▪  _"A Basic Timeline Pertaining to My Complaint of Age Discrimination and/or Retaliation for Making a Claim of Age Discrimination by AT&T (Ten Documents Attached)"_
    - ▪  _"A Summary of My Complaint of Age Discrimination and/or Retaliation for Making a Claim of Age Discrimination"_

2

Blewett vs. AT&T

*Exhibit 3:*  A letter from C.D. Blewett to the EEOC Newark Area Office that provides "additional information on my age discrimination case and subsequent retaliation against me by AT&T" and includes two new documents as well as a copy of two documents previously sent

- o   Dated as received by the U.S. EEOC Newark Area Office on November 9, 2012

*Exhibit 4:*  A Charge of Discrimination – EEOC Form 5 (11/09) signed by C.D. Blewett and dated January 3, 2013

*Exhibit 5:*  U.S. Equal Employment Opportunity Commission Form 131 (11/09)

- o   Sent to Ms. Brandi Williams, Project Manager, AT&T, 208 South Akard Street, Suite 2210.14 Dallas, Texas  75202
- o   Sent by Corrado Gigante, Director, U.S. EEOC Newark Area Office
- o   Dated January 11, 2013
- o   Response requested from AT&T by February 3, 2013

*Exhibit 6:*  Letter from Karen Holton, AT&T Senior EEO Consultant, to Amparo Soto, Acting Director of the U.S. EEOC Newark Area Office, asking for an extension of the response time until February 15, 2013

- o   Karen Holton's address is:  AT&T Services Inc, 600 North 19th Street, 18D2, Birmingham, Alabama 35203
- o   Dated January 21, 2013

*Exhibit 7:*  One letter from Dana Marucci, Investigator at the U.S. EEOC Newark Area Office, to C.D. Blewett and one letter to K. Holton saying that she has been assigned to investigate EEOC Charge 524-2013-00212, Blewett v. AT&T

- o   Dana Manucci's address is:  1 Newark Center, 21st Floor, Newark, NJ 07102
- o   Dated January 24, 2013

*Exhibit 8:*  Letter from Leonard Weitz, General Attorney for AT&T Services Inc., to D. Marucci saying that he represents AT&T in the EEOC Charge 524-2013-00212, Blewett v. AT&T and should be copied on all correspondence to K. Holton

- o   Leonard Weitz's address is:  AT&T Services Inc, 340 Mt. Kemble Avenue, Morristown, NJ 07960
- o   Dated January 30, 2013

*Exhibit 9:*  AT&T Services Inc's response from K. Holton to the EEOC Charge 524-2013-00212, Blewett v. AT&T

- o   Sent to D. Marucci

3

Blewett vs. AT&T

- o   Dated February 12, 2013

*Exhibit 10:*  Letter from D. Marucci to C.D. Blewett which includes a copy of AT&T Services Inc's February 12, 2013 response asking for a "response to Respondent's position" by April 28, 2013

- o   Dated April 18, 2018

*Exhibit 11:*  Detailed rebuttal letter to AT&T Services Inc's February 12, 2013 response and supporting documents sent from C.D. Blewett to D. Marucci.  The rebuttal letter states and documents that *"The statements made by AT&T in their response are provably false"*

- o   Dated April 20, 2013
- o   The supporting documents include:
  - ▪   Copies of documents previously sent to the U.S. EEOC Newark Area Office
  - ▪   A statistical analysis of data provided by AT&T to C.D. Blewett that shows that the probability of 21 surplused employees all being age 40 and over from a pool of 59 people under age 40 and 194 people age 40 and older is 0.0029 – clearly showing that the 21 surplused people were deliberately chosen by AT&T because they were age 40 or older.  AT&T is proven statistically to have engaged in age discrimination

*Exhibit 12:*  Memo from D. Marucci to File summarizing a meeting held onsite with AT&T on June 12, 2013

- o   According to the memo, the attendees at the meeting were:  D. Marucci, K Holton, Judy Kramer (General Attorney), Beth Mihalkovitz (HR Business Partner), and Charles Kalmanek (VP in Labs Organization)
- o   Memo dated July 8, 2013
- o   C.D. Blewett was not aware of either the meeting or the memo until after he requested and was sent a copy of his EEOC file (file sent on August 2, 2013)
- o   C.D. Blewett was never contacted by the EEOC about the statements made in the June 12, 2013 meeting

*Exhibit 13:*  C.D. Blewett's Response to the D. Marucci to File July 8, 2013 Memo

- o   Dated August 4, 2013

## DEMAND

I would like the court to rule that AT&T Services, Inc. pay $400,000 in cash to each of the 21 people surplused for a total payment of $8,400,000 if such an allocation to people not directly involved in this complaint is allowed.  If such a ruling is not allowed,

4

Blewett vs. AT&T

then I would like the court to rule that AT&T Services, Inc. pay me $400,000. Such an award would compensate me for the reduced salary and pension resulting from my surplus from AT&T Labs. The $400,000 amount assumes a retirement age of 70 from AT&T and a life expectancy of 84. The life expectancy of 84 is based on data compiled by the Social Security Administration (http://www.ssa.gov/planners/lifeexpectancy.htm). I would like a jury trial.

_C. L. Blewett_
Signature of Plaintiff

Blewett vs. AT&T

5