Gregory C. Parliman
DAY PITNEY LLP
One Jefferson Road
Parsippany, New Jersey 07054
(973) 966-6300

ATTORNEYS FOR Defendant
AT&T Services, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHARLES DOUGLAS BLEWETT,  : Civil Action No. 2:13-cv-05546 (WJM-MF)

   Plaintiff,  :

v.  :  **DEFENDANT'S ANSWER TO COMPLAINT**

AT&T SERVICES, INC.  :  **\* \* \***

   Defendant.  :  **DOCUMENT FILED ELECTRONICALLY**

          :

Defendant AT&T Services, Inc., a corporation of the State of Delaware having a place of business at One AT&T Way, Bedminster, New Jersey 07921, by way of Answer to the Complaint of plaintiff Charles Douglas Blewett, says:

### JURISDICTION

It admits that plaintiff brings this action pursuant to

84986426.1

the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964, and that the Equal Employment Opportunity Commission issued a Dismissal and Notice of Rights to plaintiff on July 9, 2013, in connection with plaintiff's EEOC Charge No. 524-2013-00212, but it denies that there is any basis in law or in fact for the claims asserted by plaintiff in the Complaint.

## CAUSE OF ACTION

It denies each of the allegations contained in this section of the Complaint, except that it admit plaintiff was advised in April of 2012 that his position could be impacted by an upcoming surplus; that his position was impacted by that surplus; but that plaintiff was offered and accepted another position and so remained employed by defendant.

It admits that plaintiff has attached exhibits to the Complaint; it refers to those exhibits for their full and exact contents; and it denies that there is any basis in law or in fact for claims asserted by plaintiff in those exhibits.

## DEMAND

It denies that plaintiff is entitled to any of the relief requested in this paragraph.

2

84986426.1

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

All actions regarding plaintiff's employment were undertaken for legitimate non-discriminatory and non-retaliatory reasons.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to make reasonable efforts to mitigate his alleged damages.

### FOURTH AFFIRMATIVE DEFENSE

Certain of plaintiff's claims are barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

The claims asserted by plaintiff are subject to mandatory arbitration pursuant to the Management Arbitration Agreement.

3

84986426.1

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff has failed to satisfy conditions precedent to maintaining some or all of his claims.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff did not suffer any damages attributable to the actions of defendant.

WHEREFORE, defendant AT&T Services, Inc., demands judgment in its favor and against plaintiff Charles Douglas Blewett dismissing the Complaint, with prejudice, and awarding to it costs, attorneys' fees and such other relief as the Court may deem appropriate.

DAY PITNEY LLP
Attorneys for Defendant
AT&T Services, Inc.

By: _____
GREGORY C. PARLIMAN
A Member of the Firm

DATED:   November 1, 2013.

4

84986426.1

## CERTIFICATION PURSUANT TO *L. CIV. R.* 11.2

I hereby certify that this matter is not, to the best of my knowledge, presently the subject of any other action pending in any court or of a pending arbitration proceeding, although the matter is subject to the Management Arbitration Agreement between plaintiff and AT&T and defendant will be filing a motion to compel plaintiff to arbitrate his claims and requesting dismissal of this lawsuit.

I further certify that I am unaware of any non-party who should be joined in this action or who is subject to joinder because of potential liability to any party based on the same transactional facts.

GREGORY C. PARLIMAN

DATED:   November 1, 2013.

5

84986426.1

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the within Answer was served upon:

Charles Douglas Blewett
Plaintiff Pro Se
15 Niles Avenue
Madison, NJ 07940

via electronic filing and by regular mail, postage prepaid, at Parsippany, New Jersey.

GREGORY C. PARLIMAN

DATED:   November 1, 2013.

6

84986426.1