DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-6300
GPARLIMAN@DAYPITNEY.COM

**ATTORNEYS FOR** Defendant
AT&T Services, Inc.


## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHARLES DOUGLAS BLEWETT, | : | Civil Action No. 2:13-cv-5546(WJM)(MF) |
| Plaintiff, | : | |
| v. | : | **STIPULATION OF DISMISSAL** |
| AT&T SERVICES, INC., | : | |
| Defendant. | : | |
| | : | |
| | : | |

It is hereby stipulated by and between the undersigned that the above-captioned matter be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to any party.

85034225.1185034225.1

CHARLES DOUGLAS BLEWETT               DAY PITNEY LLP
Plaintiff Pro Se                      Attorneys for Defendant


By: _Charles Douglas Blewett_   By: _____
     CHARLES DOUGLAS BLEWETT              GREGORY C. PARLIMAN


Dated:   December 5, 2013.        Dated: December 6, 2013.

85034225.1185034225.1